# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**FADI ZAKI, MAYADA SAAD and**
**FERNANDO ZAKI,**

      **Plaintiffs,**

v.                                                                Case No: 6:23-cv-57-PGB-EJK

**SECRETARY, DEPARTMENT**
**OF HOMELAND SECURITY and**
**DIRECTOR, U.S. CITIZENSHIP**
**AND IMMIGRATION**
**SERVICES,**

      **Defendants.**
_____/

## ORDER

This cause is before the Court on Plaintiffs' Notice of Voluntary Dismissal Without Prejudice, filed May 2, 2023 (Doc. 15) before Defendants answered or filed a summary judgment motion. Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiffs' claims against Defendants Alejandro Mayorkas, Secretary, Department of Homeland Security and Ur M Jaddou, Director, U.S. Citizenship and Immigration Services are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on May 9, 2023.

 

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties